

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-11-2007

# In Re: Carroll

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2404

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Carroll " (2007). *2007 Decisions.* Paper 961.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/961

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2404
_____

IN RE: ALLEN WILBURN CARROLL,
                                                                        Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Civ No. 06-cv-4502)


_____
Submitted Under Rule 21, Fed. R. App. P.
June 1, 2007
Before:     SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

(Filed : June 11, 2007)


_____


OPINION
_____


PER CURIAM.

        Pro se petitioner Allen Wilburn Carroll seeks a writ of mandamus to compel

the United States District Court for the Eastern District of Pennsylvania to rule upon the

Defendant's motion to dismiss.  The District Court entered an order granting Defendant's

motion to dismiss on May 8, 2007.  Therefore, we will deny the petition for writ of

mandamus as moot.


1